## IN THE MAGISTRATE COURT OF <u>BERKELEY</u> COUNTY, WEST VIRGINIA

Winchester Hopkins
1145 Hollida Lane
Martinsburg, WV 25401
v.

ERC 1 Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256

*Name & Address of plaintiff's attorney, if applicable:*

**FILED**
JAN 3 1 2022
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Case No: **21-M02C-03028**

---

### CIVIL SUMMONS                                     *Certified Mail*

In the name of the State of West Virginia, <u>ERC 1 Enhanced Recovery Company</u> as defendant(s) named in the above-styled civil action, you are hereby summoned to appear before or make answer to the **Berkeley County Magistrate Court at Berkeley County Judicial Cntr, 380 West South Street, Martinsburg, WV 25401** within 20 days from the date you receive service of this summons. If you fail to appear or otherwise answer, judgment by default may be taken against you for the relief demanded in the complaint.

_____   12/20/21
Magistrate Court Clerk *(sign and affix court seal)*       Date

**NOTICE:** Any party in a civil action seeking over $20.00 or possession of real estate has the right to elect that the case be tried by a jury. You must give <u>written</u> notice to the magistrate court either 20 days from when the first timely answer to the complaint is made or 5 days from when service of the summons and complaint is made for unlawful entry or detainer actions. If you do not notify the magistrate court within the appropriate time period, you give up your right to a jury trial. The jury fee will be assessed against the losing party if the case is tried by a jury or may be prorated between the parties if the case is settled before trial.

**(OPTIONAL) NOTICE OF ELECTION:** As defendant in the above action, I wish to have a jury trial.

_____         _____
Signature                                Date

**NOTICE:** Any person involved in court proceedings who has a disability and needs special accommodation should inform the court sufficiently in advance so that arrangements can be made if possible.

---

### SERVICE OF PROCESS
*(To be completed ONLY by a process server when the method of service is personal service.)*

**METHOD OF SERVICE** *(check one):* A. ☐ Defendant was served in person.  B. ☐ Defendant was not found.  C. ☐ Substituted personal service; the defendant was not found at his/her usual place of abode, so a copy of the summons and complaint was delivered and the purpose explained to _____, who is a member of the defendant's family above the age of 16.

Service was completed on the ____ day of _____ by delivery of a true written copy of the Summons together with the Complaint by *(check one)*:

_____ Signature

_____
Name and Address *(print)*
ntiff for serving the within summons on the defendant.
Date

_____, to-wit: **A TRUE COPY ATTEST**
firmed and acknowledged before me this ____ day of
**CLERK MAGISTRATE**
If notary, date commission expires.
**CYNTHIA D. GRAHAM**
Ct. Civ. Rule 4                          **CLERK**

Copy Distribution: ☐ Return  ☑ Defendant
                   ☐ File    ☐ Plaintiff

**DEPUTY CLERK**

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®
OFFICIAL USE

Certified Mail Fee $ _____
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____     Postmark Here
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage $ _____
Total

Sent: ERC 1 Enhanced Recovery Company
Street: 8014 Bayberry Road
City: Jacksonville, FL 32256

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 2450 0001 5203 3718

# IN THE MAGISTRATE COURT OF BERKELEY COUNTY, WEST VIRGINIA

**Winchester Hopkins**
**1145 Hollida Lane**
**Martinsburg, WV 25401**
v.
**ERC 1 Enhanced Recovery Company**
**8014 Bayberry Road**
**Jacksonville, FL 32256**

Case No: 21-M02C-03028

## ANSWER

I, __ERC 1 Enhanced Recovery Company__, as a defendant in the above case answer the allegations in the complaint by

☐ admitting the matters set forth in the complaint and confessing judgment.

or

☐ denying the matters set forth in the complaint
☐ admitting in part and denying in part the matters set forth in the complaint

and *(if applicable)*

☐ raising defense(s) explained below
☐ asserting a counterclaim explained below
☐ asserting a cross-claim explained below

and further state: _____

_____
_____
_____
_____
_____

Defendant's signature, address and phone number: _____   Date _____

NOTICE TO DEFENDANT: One copy of this answer must be filed with the court and one copy must be mailed or delivered by hand to the attorneys for all other parties or to the parties themselves if they are not represented by attorneys.

### CERTIFICATE OF SERVICE

I, _____, hereby certify that I have served a copy of the above answer on the attorneys for all parties, or if such parties are not represented by attorneys, to the parties themselves on the _____ day of _____, ☐ by hand ☐ by first-class mail to:

Name and address of attorneys or parties served: _____

Signature _____   Date _____

W.Va. Code § 50-4-9; Mag. Ct. Civ. Rules 4, 5, 8, 9
SCA-M224 / 8-94
Docket Code(s): MCANS / MCCCF / MCRCF / MCCTP

☐ Court File
☐ Plaintiff
☐ Defendant

# INFORMATION SHEET: CIVIL CASE DEFENDANT

## ANSWER REQUIREMENT:

As a defendant, you usually must file an answer with the court within 20 days from receiving the complaint and summons (30 days if service is accepted by agent or attorney-in-fact authorized to accept service). If you are a defendant in a case involving wrongful occupation or residential property or unlawful entry or detainer, you must file your answer within 5 days of service of the summons and complaint. You must also provide a copy of your answer to the plaintiff by first-class mail or personally.

## ANSWER OPTIONS:

1. **If You CONFESS Judgment** (tell the court you agree to judgment for the plaintiff, without a trial), judgment will be granted in favor of the plaintiff. Any payments or payment schedules must be arranged between you and the plaintiff, but you must pay COURT COSTS TO THE COURT. On the 21st day from the date you confess judgment, the plaintiff has the right to have the Magistrate Court Clerk to take steps to collect in full.

2. **If You DENY or ADMIT the Matters Set Forth in the Complaint** (but do not confess judgment), a trial will be scheduled. If you have a counterclaim, (any claim that you have against the plaintiff within the jurisdiction of magistrate court), it should be stated in the middle section of the answer form (under "and further states"). No fee is required. No reply by the plaintiff is required. The plaintiff's original claim and your counterclaim will be heard at the same trial. You and the plaintiff may still reach an out-of-court settlement before the trial date. If you are one of two or more defendants in a claim involving the same transaction or occurrence, in the same case you may file a cross-claim against another person. Your cross-claim may be included in your answer. You may also file a third-party complaint against someone not named in the complaint against you as being responsible for the plaintiff's damages. A fee for service of process on the third-party may be required, but no filing fee is required.

3. **If you ADMIT IN PART AND DENY IN PART the Matters Set Forth in the Complaint,** a trial will be scheduled. You and the plaintiff may still reach an out-of-court settlement before the trial date.

4. **If you FAIL TO ANSWER,** or defend against the complaint, you will be in default and a judgment by default may be rendered against you by the magistrate. The plaintiff has the right to appear 21 days from service (or 31 days if service is on an agent or attorney-in-fact authorized to accept service) and file an affidavit for default judgment. If the plaintiff fails to file for default judgment within 6 months of service, this case will be dismissed without prejudice. Without prejudice means that the plaintiff would be permitted to file a complaint on the same claim at a later date.

5. **You May ELECT a Jury Trial,** if the claim against you is at least $20 or involves possession of real estate. If you wish to elect a jury trial, you must do so in writing within 20 days after you serve your answer or, in a wrongful occupation and unlawful entry and detainer case, within 5 days after you receive the summons and complaint. The written request is to be sent or delivered to the magistrate court.

SCA-MI 401NP / 7/2013

Docket Code(s):

IN THE MAGISTRATE COURT OF __Berkeley__ COUNTY, WEST VIRGINIA

Name, Address & Phone Number of Plaintiff:

Winchester Hopkins
1145 Hollida Lane
Martinsburg, WV 25401
703-725-4175

Case No. _____

v.

Name, Address & Phone Number of Defendant

ERC / Enhanced Recovery Company
8014 Bayberry Rd
Jacksonville, Fl 32256
800-383-5979

--- fold here ---                                                        --- fold here ---

## CIVIL COMPLAINT

The above-named plaintiff or __Winchester Hopkins__, on behalf of the plaintiff acting in the capacity of _____, alleges the following as true and accurate [give a clear and simple statement of the claim against the defendant(s)]: A collection was placed on my credit reports from ERC via Sprint which I have no knowledge of that fraudulent account from 2014ish, I filed CFPB and sent multiple letters to prove debt and all I get is a made up bill w/ my name on it and requests the following relief from the court: I would like to sue for damages of $5,000 for illegal credit reporting, Hardship home loan and Job placement, continued reporting on my credit reports, Fraudulent practices Total = $5,000

_____      12/20/21
Signature                     Date

NOTICE: Any party in a civil action seeking over $20.00 or possession of real estate has the right to elect that the case be tried by a jury. You must give written notice to the magistrate court either 20 days from when the first timely answer to the complaint is made or 5 days from when service of the summons and complaint is made for unlawful entry and detainer actions. If you do not notify the magistrate court within the appropriate time period, you give up your right to a jury trial. The jury fee will be assessed against the losing party if the case is tried by a jury or may be prorated between the parties if the case is settled before trial.

**(OPTIONAL) NOTICE OF ELECTION:**
As plaintiff in the above action, I wish to have a jury trial.

_____      12/20/21
Signature                     Date

NOTICE: Any person involved in court proceedings who has a disability and needs special accommodations should inform the court sufficiently in advance so that arrangements can be made if possible.

W.Va. Code §§ 50-4-1, 50-5-8(a); Mag. Ct. Civ. Rules 2, 6A

SCA-M207 / 10-94
Docket Code(s): ($MCIC1 | $MCIC2 | $MCIC3 | $MCIC4)

☐ Return
☐ Defendant
☐ File
☐ Plaintiff

## Magistrate Court of Berkeley

### FILE COPY RECEIPT

Receipt Number: MC0270101  
Comment:  
Cashier: BK

Date: 12/20/2021  
Printed on: 12/20/2021

Payor: Hopkins, Winchester  
Address: 1145 Hollida Lane Martinsburg, WV 25401

Case: 21-M02C-03028 - Hopkins vs. ERC 1 Enhanced Recovery Compan

| Fee Description | Amount |
|---|---:|
| Magistrate Court Fund | $10.00 |
| Courthouse Improvement Fund | $5.00 |
| Court Security Fund-Civil | $5.00 |
| Regional Jail-Civil 2001-5000 | $30.00 |
| Regional Jail Op. Fund Civil | $20.00 |
| Restricted Delivery | $20.00 |
| Credit Card Convenience Fee | $2.02 |
| Visa Card Payment | -$92.02 |
| Total Due on Case: | $92.02 |
| Total Paid: | -$92.02 |
| Case Balance: | $0.00 |

Payments can be mailed to:  
Berkeley County Magistrate Court  
Berkeley County Judicial Cntr  
380 West South Street  
Martinsburg, WV 25401

Report: WRRECPT - *Source: MPROD_RAC*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _ERC_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 12/21/21 |
| 1. Article Addressed to:<br><br>ERC 1 Enhanced Recovery Company<br>8014 Bayberry Road<br>Jacksonville, FL 32256<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6454 0346 2518 80 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>21-mo2C- D3028<br><br>3. S...<br>☐ Ac...   xpress®<br>☐ Ac...   ail™<br>☐ Ce...   ail Restricted<br>☐ Ce...   nfirmation™<br>☐ Co...   nfirmation<br>☐ Co...   livery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer from service label)<br>7020 2450 0001 5203 3718 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |